UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN KREILEIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:24-cv-00185-RLY-CSW |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is **dismissed with prejudice**.

Date: 2/11/2025

Kristine L. Seufert, Clerk of Court

By: _Jina M. Dagle_
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALAN KREILEIN
871626
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
P.O. Box E
New Castle, IN 47362

Caroline Templeton
INDIANA ATTORNEY GENERAL
caroline.templeton@atg.in.gov

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov